IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOMMY MOLINA, | |
| Petitioner, | 4:23-CV-3167 |
| vs. | JUDGMENT |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

For the reasons stated in the accompanying memorandum and order, the petition for writ of habeas corpus is dismissed.

Dated this 11th day of April, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge